# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**AMY FROST**                                                                 **PLAINTIFF**

**V.**                          **CASE NO.: 3:09CV00173 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                    **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #10) is GRANTED. The time is extended to, and including, March 2, 2010.

Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 2nd day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE