# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**AMY FROST**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO.: 3:09CV00173 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Amy Frost.

DATED this 9th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE